# IN THE NINTH COURT OF APPEALS

09-16-00291-CR

Madora Sheridan Schard
v.
The State of Texas

On Appeal from the
County Court at Law No 4 of Montgomery County, Texas
Trial Cause No. 15-310125

## JUDGMENT

THE NINTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. IT IS THEREFORE ORDERED, in accordance with the Court's opinion, that the judgment of the trial court is affirmed.

Opinion of the Court delivered by Justice Charles Kreger

April 4, 2018

### AFFIRMED

\*\*\*\*\*\*\*\*\*\*

Copies of this judgment and the Court's opinion are certified for observance.

Carol Anne Harley
Clerk of the Court